# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PROSSER, individually and on behalf of others similarly situated, </br></br>　　　　　Plaintiff,</br>v.</br></br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. d/b/a HMO MISSOURI, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, and DOES 1 Through 35,</br></br>　　　　　Defendants. | )</br>)</br>)</br>)</br>)</br>)　Case No. 4:24-cv-000386</br>)</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF PRELIMINARY SETTLEMENT

**COMES NOW** Plaintiff, Christopher Prosser, by and through the undersigned counsel, and hereby advises the Court that the Parties have reached a preliminary settlement in the above action. Plaintiff anticipates filing a notice of dismissal with prejudice in this matter within twenty-one (21) days or as soon as the terms are finalized.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Edwin V. Butler, Esquire
　　　　　　　　　　　　　　　　　　　Edwin V. Butler Mo. 32489
　　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　　Butler Law Group, LLC
　　　　　　　　　　　　　　　　　　　1650 Des Peres Rd., Suite 220
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63131
　　　　　　　　　　　　　　　　　　　edbutler@butlerlawstl.com
　　　　　　　　　　　　　　　　　　　(314) 504-0001

　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

This 22nd day of November, 2024.